UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:23-cv-00078-MOC

| PATRICIA ANN SPENCER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Attorney Fees. (Doc. No. 10). Counsel for the Acting Commissioner stipulate to the requested fee. (Id. ¶ 11).

**IT IS, THEREFORE, ORDERED** that Plaintiff, Patricia Ann Spencer, is awarded attorney fees under the EAJA in the amount of Three Thousand Five Hundred Fifty-Four Dollars and 16/100 Cents ($3,554.16) in attorney fees under 28 U.S.C. § 2412(a), (d). These attorney fees will be paid directly to Plaintiff, Patricia Ann Spencer, and sent to the business address of Plaintiff's counsel, Aaron L. Dalton. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

**SO ORDERED**.

Max O. Cogburn Jr.
United States District Judge